7

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DARRIN LEAF,

    Plaintiff,

v

    Case No. 1:03 CV 0226
    Hon. Robert Holmes Bell

SHERIFF STEPHEN DeBOER, individually
and in his official capacity, and BARRY
COUNTY,

    Defendants.

_____/

Katherine Smith Kennedy
Pinsky, Smith, Fayette & Hulswit
146 Monroe Center St. NW #1515
Grand Rapids, MI 49503
(616) 451-8496

Patrick A. Aseltyne (P23293)
Johnson, Rosati, LaBarge,
  Aseltyne & Field, P.C.
Attorney for Defendants
303 S. Waverly Road
Lansing, MI 48917
(517)886-8000

_____

## AFFIDAVIT OF JAMES H. FISHER

I, James H. Fisher, being duly sworn depose and state as follows:

1. That if sworn as a witness, I could competently testify to the facts set forth in this Affidavit.

2. That I hold the position of the Chief Judge of the Barry County Trial Court and have held this position for 8 ½ years.

1

3. That before Court Officer Dave DeMaagd was appointed to that position by Sheriff DeBoer, I was asked by the Sheriff to indicate to him which one of the three candidates the judges and court administrators would prefer for that position.

4. That I thereafter consulted with my two judicial collogues and three court administrators and we preferred Dave DeMaagd.

5. That I then informed the Sheriff of our preference for Mr. DeMaagd.

FURTHER AFFIANT SAYS NOT.

_____
Hon. James H. Fisher

Subscribed and sworn to before
me by James H. Fisher on this
26th day of January, 2004

_____
Notary Public Barry County
My Commission Expires: 3-15-06