# A

DISTANCE YEAR END REPORT FOR 2000-2001

CONTINUE AND FACILITATE THE COMMUNITY ADVISORY GROUP. TO PROVIDE DIRECTION OF THE PROJECT, CREATE AN OPEN LINE OF COMMUNICATION AMONG THE PARTICIPANTS, FOSTER AND IMPROVE THE LEVEL OF COOPERATION AMONG THE PARTICIPANTS AND OTHER NEEDS AS DETERMINDED.

COMMUNITY ADVISSORY GROUP THAT IS COMPILED OF POLICE ADMINSTRATORS, PRINCIPALS, ASSISTANTS INCLUDING (TWO NEW ONES), I.S.D. PERSONAL, JUVENILE COURT REPRESENTATIVES, GRANT WRITER AND SCHOOL LIAISON OFFICER.

MEETINGS ARE HELD QUARTERLY BECAUSE OF BUSY SCHEDULES AND PROGRAM WORKING WITH FEW PROBLEMS. MEETINGS ARE USED FOR NEW IDEAS AND PROBLEM SOLVING.

PROJECT CONTINUES TO HAVE A LARGE BENEFIT FOR ALL. TRUANCY IS SUBSTANULY REDUCED AND CONTINUES TO FALL SINCE THE BEGING OF THE PROJECT BECAUSE OF THE OPEN LINES OF COMMUNICATION. SCHOOLS ARE INFORMED OF STUDENTS ACTIVITIES OUTSIDE OF SCHOOL THROUGH ROAD PATROL. ROAD PATROL IS AWARE OF ANY ONGOING GANG PROBLEMS, ILLEGAL PARTIES, CRIMINAL ACTIVITIES AND PROBLEM STUDENTS IN THE SCHOOLS.

OUR GOAL IS TO MAINTAIN EXCELLENT LINES OF COMMUNICATION FOR THIS PROJECT IN HOPES OF ITS CONTINUANCE.

DEFINE, IMPLEMENT AND EVALUATE A SCHOOL LIAISON OFFICER PROGRAM.

A SCHOOL IS A GO BETWEEN OR A LINE OF COMMUNICATION BETWEEN SCHOOL-SCHOOL: SCHOOL-PARENT; SCHOOL-LAW ENFORCEMENTS; SCHOOL- COURTS; LAW ENFORCEMENT- STUDENT; LAW ENFORCEMENTS-PARENT; LAW ENFRCMENT- LAW ENFORCMENT, ETC. A SCHOOL LIAISON OFFICER IS AN OUT REACH OF THE SCHOOL AND LAW ENFORCMENT. IT IS ALSO A WAY OF SHOWING STUDENTS THE HUMAN SIDE OF POLICE.

THE SCHOOL LIAISON OFFICER IS USED IN FIVE DIFFERENT SCHOOL DISTRICTS, THREE I.S.D.'S AND WITH SIX OTHER COUNTIES. THIS SPREADS OUT THE EFECTIVENESS OF THE SCHOOL LIAISON OFFICER VERY THIN. HOWEVER, DESPITE BEING SPREAD OUT SO THIN THE SCHOOL LIAISON OFFICER HAS HAD SUBSTANTIAL PROGRESS. THE PROGESS IS SO GOOD THAT EACH SCHOOL DISTRICT THE SCHOOL LIAISON OFFICER WAS IN, WOULD LIKE THEIR OWN BUT DUE TO THE LACK OF FUNDING THIS IS CURRENTLY NOT POSSIBLE.

IDENTIFY INDIVIDUAL SCHOOL AND OTHER COMMUNITY NEEDS IN RELATIONSHIP TO PREVENTING JUVENILE PROBLEMS INCLUDING TRUANCY, DRUG ACTIVITY, GANG ACTIVITY AND OTHER CRIME.

THE OVERALL PROGRAM FROM THE VERY BEGINNING HAS BEEN CHALLENGING AND REWARDING. THERE WAS A LARGE NEED FOR TRUANCY ENFORCEMENT IN ALL THE SCHOOL DISTRICTS. AFTER EVALUATING THE PROBLEM OF TRUANCY A PLAN WAS IMPLEMENTED WITH GREAT SUCCESS.

THERE WAS A TOTAL OF FOUR (4) DRUG ACTIVITY REPORTS THIS YEARLY REPORT FOR FIVE SCHOOL DISTICTS. SOME OF THESE INCIDENTS WERE HANDLED WITH IN THE SCHOOL AND THE OTHERS WERE REFERED TO THE PROBATE COURT FOR ENFORCEMENT ACTIONS AND COUNSELING.

DURING THIS YEARLY REPORT THERE IS NO SUBSTANIL GANG ACTIVITY TO REPORT.

OTHER CRIME ACTIVITES WERE REPORTED AND EITHER DELT WITH IN SCHOOL OR REFERRED TO APPROPRIATE AUTHORITIES.

**REDUCE THE NUMBER OF COMPLAINTS FILED IN THE TRIAL COURT OF BARRY COUNTY COURT/FAMILY DIVISION FOR JUVENILE DELIQUENCY.**

INSTEAD OF REDUCING THE NUMBER OF PETITIONS THER HAD BEEN A STEADY INCREASE. FROM AUGUST 1, 1997 THROUGH JULY 31, 1998 THERE WERE 245 PETITIONS FILED. FROM AUGUST 1, 1998 TO JULY 31, 1999 AN INCREASE TO 272 COMPLAINTS WERE FILED. FROM AUGUST 1, 199 TO JULY 31, 2000 THERE WERE A SLIGHT INCREASE FOR NEW PETITIONS TO 278. AUGUST 1, 2000 TO JULY 31, 2001 THERE WAS A SLIGHT INCREASE OF 284. THIS DOES NOT INCLUDE THE NUMBER OF OLD CASES THAT WERE RE-OPENED. WE BELIEVE THAT THE CONVENIENCE OF HAVING A DEPUTY IN SCHOOL IS PART OF THE REASON FOR THE INCREASE. ALSO A MAJOR CONTRIBUTING FACTOR FOR INCREASES IS DUE TO THE POPULATION IN THE COUNTY OF BARRY.

**REDUCE THE NUMBER OF TRUANCIES.**

TRUANCY IS STILL OUR MOST SUCESSFUL AREA. TRUANCY WAS REDUCED THIS YEAR AGAIN.

HASTINGS MIDDLE SCHOOL AND MAPLE VALLEY MIDDLE SCHOOL ARE THE HARDEST TO KEEP STATISTICS ON. HASTINGS SENDS A LETTER TO I.S.D. WHEN THE STUDENT REACHES 10 ABSENCES FOR ANY REASON. MAPLE VALLEY HIGH SCHOOL AND MIDDLE SCHOOL ARE IN THE SAME BUILDING. AT LAKEWOOD MIDDLE SCHOOL THERE WAS ANOTHER DECREASE. THE FIRST YEAR THERE WERE 44 CASES REPORTED THE I.S.D. THE NEXT YEAR (1998-1999) IT WAS BROUGHT DOWN TO 13 CASES. FROM 1999-2000 IT DROPPED TO ONLY 6 CASES BEING REPORTED. FROM 2000-2001 THERE WERE NO CASES REPORTED. THORNAPPLE KELLOGG SCHOOL HAD A STEADY DROP FROM 2000-2001. THERE WAS NO CASES REPORT FROM I.S.D. FROM 2000-2001. HOME VISITS AND EDUCATING PARENTS ABOUT THE TRUCANCY LAW IS THE KEY INGREDIENT TO REDUCING TRUANCY.

**INCREASE THE NUMBER OF STUDENT/PARENT REFERRALS TO OTHER AGENCIES. CURRENT DATA REGUARDING REFERFALS IS NOT AVAILABLE. THE PROGRAM WILL ESTABLISH A RECORD OF REFERRALS.**

REFERRALS WERE MADE TO PROBATE COURT, MENTAL HEALTH, ARC, THE BRIDGE, LOCAL CHURCHES AND CHURCH YOUTH GROUPS, BARRY EATON COUNTY WRAP AROUND, VARIOUS POLICE AGENCIES, F.I.A., I.S.D., STUDENTS TAKING A NEW DIRECTION AND NATIONAL WILDLIFE TURKEY FEDERATION.

**INCREASE PARENTAL INVOLVEMENT IN SCHOOL ACTIVITIES AND IN STUDENTS LIVES.**

ONE WAY THIS IS INCREASED IS BY WORKING WITH PARENT AND STUDENT ON TRUANCY CASES. THIS HAS WORKED WELL TO INCREASE SCHOOL ATTENDANCE AND GET PARENTS BACK TO PARENT/ TEAHCER CONFERECNES. THE OTHER IDEA IS TO GET FATHER/SON OR DAUGFHTER INVOLVED IN HUNTING AND SHOOTING SPORTS. THIS GETS STUDENTS AND PARENTS TOGETHER FOR A SPORT THAT LAST YEAR ROUND.

THE NATIONAL WILDLIFE TURKEY FEDERATION IS AN EXCELLENT PARENT/CHILD GROUP ACTIVITY IN IT PROMOTES ANIMAL CONSERVATION, GUN SAFETY AND FAMILY ACTIVITIES.

**ESTABLISH AFTER SCHOOL AND NON SCHOOL SUMMER ACTIVITIES.**

THERE ARE SEVERAL AFTER SCHOOL ACTIVITIES AVAILABLE. THE SCHOOL LIAISON OFFICER USES THE AFTER SCHOOL TIME TO MINGLE WITH THE SUDENTS AND THEIR PARENTS. SOMETIMES IT IS CHEERING ON THE TEAM AND OTHER TIMES IT IS RIDING THE BUS OR STUDY TEAMS INCLUDING S.T.A.N.D. (STUDENTS TAKING A NEW DIRECTION).

SUMMER ACTIVITES THIS YEAR-END REPORT WAS LIMITED BECAUSE OF WEATHER. S.T.A.N.D. PICNIC WAS PLANNED AND ONLY ONE WAS COMPLETED.

**REDUCE THE NUMBER OF MALTREATMENTS OF JUVENILES.**

THIS IS DONE BYH GETTING INTO THEIR HOMES AND EDUCATING PARENTS. STATISTICS ARE UNAVAILIBE FOR THIS.