# B

# AFFIDAVIT OF DARIN LEAF

I, Darin Leaf, being duly sworn and upon my oath, hereby state:

1. I am the Plaintiff in the current case entitled *Darin Leaf v Sheriff Stephen DeBoer and Barry County*, Case No. 1:03 CV 0226, United States District Court, For the Western District of Michigan.

2. My transfer from School Liaison Officer to Patrol Officer on the midnight shift was not a lateral transfer or simple reassignment. My work as well as my overtime hours were significantly diminished.

3. Any officer would find working as the School Liaison Officer that the people you deal with and work with have a better attitude. Also, it's very gratifying working with kids, counselors, teachers, administration and parents. It's an all-round better environment. The paper work associated with the school job is a lot less than that of a road patrol officer. The school would fund the officer's field trips (including meals). The hours of the school job were 8:00 a.m. to 4:00 p.m. Monday through Friday unless you were invited to extra-curricular activities. Also, as School Liaison Officer, you are your own boss and are working in a less stressful environment.

4. As a patrol officer on midnight road patrol, morale is low. There is bickering amongst each other, lack of leadership, and problems with staying awake. The paperwork is also extensive. In addition, dealing with drunks and drug addict complaints can be very difficult. Overtime is never convenient (usually at the end of your shift when you would normally be sleepy) and mostly at odd hours. It also is very hard sleeping during day light hours when working the midnight road patrol shift.

5. The Court Officer position is an easier position and a true break from road patrol. There is hardly any paperwork. Whenever the judge takes a break the officer gets one also. Overtime is convenient, plentiful, and easy. The officer is away from the administrative stresses and deals mostly with attorneys. Overtime for the Court Officer position is almost always a continuation of the shift. The Court Officer position receives holidays off.

6. The transfers from day shift to night shift was a big degradation to my job as a police officer for Barry Count. Not only am I unable to spend as much time with my family on a daily basis, but I am no longer able to spend the additional time with my family during the year that the School Liaison Officer position allowed, including: the option of taking off on school holidays above the 7 days I was allowed, and when the schools were closed for the summer I had the option of using my vacation, comp and personal time to take most of this time off.

7. After thoroughly reviewing the relevant records, I have found the following to be true: In 1999, I earned 158.5 hours of overtime while working as the School Liaison Officer. In 2000, I earned 156 hours of overtime while working as the School Liaison Officer. By contrast, in 2002, I earned only 66 hours of overtime my first full year as a Patrol Officer on the midnight shift. This averages about 90 overtime hours *less* per year working as a Patrol Officer rather than a School Liaison Officer

8. As a Patrol Officer on the midnight shift, I earned 66 hours of overtime in 2002. By contrast Officer DeMaagd, the person who received the Court Officer position over me, earned 265 hours of overtime in 2002 and 336 hours of overtime in 2003. This is upwards of 235 overtime hours *less* a Patrol Officer on the midnight shift earned

compared with the Court Officer position

Further the affiant sayeth not.

_____
DARIN LEAF

Sworn and subscribed to before
me this 18th day of May, 2004.

_____
Lorna Beth Zaagman, Notary Public
Kent County, Michigan
My commission expires: 12/12/08