D

LYNN CARD CO.
HUTCHINSON
MINN. 55350
SH-94

MAPLE VALLEY SCHOOLS

"A Proud Past... An Enlightened Future"



3/13/00

Dear Dar,

Thank you for the great service that you have given to our students and our Schools. You are really making a difference!

Sincerely,
Maple Valley Board of Ed.

Wayne Curtis
Frank Newlan
Allison Avery

# LAKEWOOD MIDDLE SCHOOL

8699 E. Brown Road, Woodland, Michigan 48897
(616) 374-2400, FAX (616) 374-2424

**David Nisbet**
Principal

**Kellie Rowland**
Assistant Principal
Athletic Director

March 1, 2001

Dear Sheriff DeBoer;

I would like to provide some feedback to you and your department regarding the D.I.S.T.A.N.C.E. program that has provided Deputy Dar Leaf to Lakewood Middle School. I feel his contributions to our school have been positive and have had an impact on the school atmosphere and student body in a meaningful way.

Deputy Leaf is visible throughout the school. He interacts with students in an informal, respectful, open manner creating a positive link between law enforcement personnel and adolescents. Students often approach him with questions or concerns and see him as a person who can help problem solve. Others simply like him as a person and someone with whom they want to socialize.

Teachers have invited Deputy Leaf to make presentations in their classrooms. His expertise in areas of health, safety, personal fitness, drugs / tobacco / alcohol, law, and social issues of a concern to 11 – 14 year olds (gangs, peer pressure, etc.) have been utilized in a variety of classrooms and school groups. Dar's presentations are effective in communicating information to students.

Deputy Leaf has provided a link to parents regarding legal issues within the school that have been educational. Truancy issues are handled in a timely manner and with follow-up that was not possible without his services to the school. School issues that involve illegal activities by students (assaults, fights, illegal substances, and gang activity) have been effectively investigated and processed by Deputy Leaf. His manner and professionalism in working with such events has been very effective in holding students responsible and keeping school issues and legal issues clear with parents and students.

I feel the services and the quality of those services Deputy Leaf has provided Lakewood Middle School are a vital part of the school climate. His initiative and follow-through make him an integral member of the middle school staff.

Sincerely,

David Nisbet
Principal

*"Providing opportunity for learning and success"*