# E

8-23-01

On 8-22-01, at about 8:20 AM I was requested by Dar Leaf to be present with him while meeting with the Sheriff. I was advised that it was not a disciplinary action. I was then advised to leave. Dar then requested that I stay, because it was going to get hostile. I then was asked to leave again. Dar then stated he wanted a union rep. Again it was stated that it was not a disciplinary action, and it was hostile.

DEPOSITION EXHIBIT 19
Leaf
11-12-03