F

8-16-01

ON 08-16-01 @ 3:45 pm SHERIFF DEBOER SAID THAT HE WANTED TO SEE ME. I WAS IN THE REPORT ROOM AT THAT TIME. IT SOUNDED SINCERE SO I DID NOT ASK FOR UNION REPRESENTATION. SHERIFF GAVE ME NO CHANCE TO ASK FOR REPRESENTATION. WHILE WE WERE IN THE OFFICE I SAT DOWN IN A CHAIR WHILE HE STOOD LEANING AGAINST HIS DESK. HIS FACE & EYES WERE RED AS HE SPOKE TO ME. HE SAID "I'VE BEEN THINKING... AND I'VE COME TO A DECISION... I'M TAKING YOU OFF THE GRANT AND PUTTING YOU ON MIDNIGHTS."

I ASKED "MAY I ASK WHY?"

HE SAID "WELL YOU'VE BEEN ON THE GRANT FOR 3 YEARS AND IT'S TIME TO GIVE IT TO SOMEONE ELSE."

I REPLIED BACK "YOU'VE GOTTA DO BETTER THAN THAT."

HIS FACE TURNED ALMOST PURPLE AND HIS EYES GLASSED OVER AND HE YELLED "BECAUSE I SAID SO!!"

I AGAIN ASKED "WHY?"

HE SAID THAT YOU DO A GREAT

DEPOSITION EXHIBIT 10
PENGAD 800-631-6989
Leaf
CAC 1612-03

JOB IN SCHOOL BUT..." PAUSED AND
THE SAID "YOU'RE ALWAYS LATE!"
 I STARTED TO LEAVE THEN
ASKED IN A LOUD VOICE "WHEN?"
HE DID NOT RETURN MY QUESTION.
AT THAT TIME I GOT UP & LEFT.