# H



# Barry County Sheriff's Office

1212 West State Street • Hastings, Michigan 49058

Stephen H. DeBoer
Sheriff

Donald D. Ford
UnderSheriff

September 6, 2001

Virginia Walker
Delton Kellogg Schools
327 N. Grove St.
Delton, MI. 49046

Dear Ms. Walker,

I have received your letter regarding the assignment of the school liaison officer. This is a personnel issue that will be kept within this office. I assure you that this decision was not made without good reason. Thank you for your interest in this matter.

Sincerely,

*Stephen H DeBoer*

Stephen H DeBoer
Sheriff

# BARRY COUNTY

Michael C. Brown
County Administrator

220 W. State St. Hastings, MI 49058
Ph. (616) 948-4891 Fax (616) 948-4884



August 30, 2001

Virginia Walker
Delton Kellogg Schools
327 N. Grove St.
Delton, MI 49046

        Subj: School Liaison Officer

Dear Ms. Walker:

Thank you for your letter regarding the reassignment of Deputy Leaf from the school liaison officer assignment.

We appreciate your concern and the time you took to express it. However, the Board of Commissioners does not have any involvement in the assignment of officers at the Sheriff Department. That is the sole responsibility of the Sheriff.

We have forwarded your letter to the Sheriff for his consideration.

Sincerely,

Michael C. Brown
County Administrator

MCB/emn