# I

**Barry County
Sheriff's Office
DISTANCE**

# Memo

**To:** DISTANCE Community Advisory Group
**From:** Sheriff Steve DeBoer
**Date:** 08/21/01
**Re:** DISTANCE Meeting

---

I have scheduled a DISTANCE meeting for Wednesday, September 5, 2001, at 10:00 a.m. The meeting will be held in the Conference Room of the Courts and Law Building, 220 W. Court Street in Hastings.

I invite you to attend this very important meeting. We will determine the schedule and priorities for the new school year. Additionally, you will have the opportunity to meet the newly assigned DISTANCE deputy. Due to the needs of our agency, I have assigned Deputy Gary Pearson to the DISTANCE program. Gary has over 6 years of experience with the Sheriff's Office. I am confident that Gary will continue the program with enthusiasm and dedication.

I will be looking forward to seeing you at the meeting.

1