J

# BARRY COUNTY SHERIFFS DEPARTMENT
## SENIORITY LIST

| | |
|---|---|
| Nevins | 03-03-75 |
| Hildreth | 07-28-75 |
| Delcotto | 5-17-76 |
| DeMott | 09-08-80 |
| Leaf | 04-22-89 |
| Funk | 10-19-91 |
| DeMaagd | 05-04-92 |
| Nieuwenhuis | 12-12-94 |
| Pearson | 01-30-95 |
| Horrmann R. | 05-27-95 (10-29-95 road) |
| Yonkers | 09-03-96 |
| Horrmann M. | 01-06-97 |
| Fueri | 01-07-97 |
| Jones | 09-08-97 |
| Fawcett | 06-07-99 |
| Erb | 10-01-99 |
| Seifert | 12-06-99 |
| Moore | 01-23-00 |
| Brandt | 04-24-00 |
| Shaffer | 06-12-00 |
| Gustafson | 10-02-00 |
| Spencer | 02-24-01 (12-01-01 road) |
| Solomon | 02-09-02 |
| Stevens | 07-13-02 |