UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRIN LEAF,

       Plaintiff,

v.

File No. 1:03-CV-226

HON. ROBERT HOLMES BELL

SHERIFF STEPHEN DeBOER, individually and in his official capacity, and BARRY COUNTY,

       Defendants.
                                              /

## ORDER AND JUDGMENT

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Defendants' motion for summary judgment (Docket # 29) is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of Defendants Sheriff Stephen DeBoer and Barry County and this action is **DISMISSED** in its entirety.


Date:    July 12, 2004                /s/ Robert Holmes Bell
                                                     ROBERT HOLMES BELL
                                                     CHIEF UNITED STATES DISTRICT JUDGE